**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Leonard Lutz 412-927
Hocking Cor. Facility
POB 59
Nelsonville, OH
45764

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Terry Howdyshell
☐ Agent
☐ Addressee

B. Received by (Printed Name): Terry Howdyshell
C. Date of Delivery: 11-17-03

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7001 2510 0008 6348 8723

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835