U.S. Postal Service
## CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Postmark
Here

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To *Leonard Lutz*

Street, Apt. No.; or PO Box No. *Hocking Corr. Facility P.O.B. 59*

City, State, ZIP+4 *Nelsonville OH 45764*

7001 2510 0008 6348 6087

7001 2510 0008 6348 6087