UNITED STATES POSTAL SERVICE    Case 1:01-cv-00326-HJW-TSB    Document 5-3    Filed 05/28/2004    Page 1 of 2



- Sender: Please print your name, address, and ZIP+4 in this box

UNITED STATES DISTRICT COURT
324 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

C01-326(J)...HW/TmbT

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Marble_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Kent Marble
C. Date of Delivery: 6-1-04

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

1. Article Addressed to:

Leonard Lutz
Hocking Corr. Facility
PO 359
Nelsonville, OH
45764

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
7001 2510 0008 6348 8087

PS Form 3811, Domestic Return Receipt    102595-02-M-1540