# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**LEONARD ALLAN LUTZ,**

    **Plaintiff,**

-vs-                                                                                      Case No.  C-1-01-326

**SAMUEL A. TAMBI,**

    **Defendants.**

## JUDGMENT IN A CIVIL CASE

| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
|---|---|---|
| x | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

Petition for Writ of Habeas Corpus is Dismissed for Lack of Jurisdiction. This case is Dismissed and Terminated on the docket of this Court.

Date:   May 28, 2004                                                      JAMES BONINI., CLERK

                                                                                           By:s/   Darlene Maury
                                                                                           Darlene Maury, Deputy Clerk

Case 1:01-cv-00326-HJW-TSB     Document 6     Filed 05/28/2004     Page 2 of 2